HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PUYALLUP TRIBE OF INDIANS,<br><br>Defendant. | Case No.: 3:13-CV-05122-BHS<br><br>UPDATED JOINT STATUS REPORT<br><br>and<br><br>STIPULATED MOTION FOR ENTRY OF SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>September 19, 2013 |

The parties provide this Updated Joint Status Report to set forth their proposed procedure for submitting the case to the Court and respectfully move the Court pursuant to Local Rule 7(d)(1) and 10(g) for entry of a scheduling order implementing the parties' agreed recommendation described herein. The parties believe the approach they propose fully presents the issues and economizes both the parties' and the Court's time. The proposed process would be as follows:

UPDATED JOINT STATUS REPORT and STIPULATED
MOTION FOR ENTRY \OF SCHEDULING ORDER - Page 1
(Case No. 12-CV-05122-bhs)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448

1. The parties have drafted a set of Stipulated Facts that sets forth all of the information the parties need in order to present their arguments and, they believe, the information the Court will need to decide the case.

2. The parties intend to present cross-motions for summary judgment. The parties anticipate that the Court's ruling on the cross-motions will fully resolve the case. The cross-motions would be submitted on the following schedule:

3. On October 25, 2013, the parties will simultaneously file their respective Motions for Summary Judgment, one by the United States, one by the Tribe. The parties anticipate that these motions will address and present to the Court the ultimate issue(s) that must be decided in order to resolve this case. The page limit for each party's Motion would be 24 pages as provided by Local Rule 7(e)(3).

4. On November 15, 2013, the parties will simultaneously file their Responses to the Motions for Summary Judgment, one by the United States, one by the Tribe. The page limit for each party's Response would be 18 pages. Since the Motion and Response would be the only two pleadings filed by each side (other than the Stipulated Facts and exhibits to those Facts), this page limit for the Response is halfway between the limits in the local rule for response and reply briefs.

5. The Motions for Summary Judgment would be deemed fully submitted upon submission of the Responses. The Court would determine whether to schedule oral argument as per the Local Rules.

UPDATED JOINT STATUS REPORT and STIPULATED
MOTION FOR ENTRY \OF SCHEDULING ORDER - Page 2
(Case No. 12-CV-05122-bhs)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448

6. The parties respectfully request the Court's approval of the procedure and schedule set forth in this report.

DATED this 19th day of September, 2013.

        KATHRYN KENEALLY
        Assistant Attorney General

        *W. Carl Hankla*
        W. CARL HANKLA
        Trial Attorney
        Tax Division, U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-307-6448 (v)
        202-307-0054 (f)
        W.Carl.Hankla@usdoj.gov
        *Attorneys for the United States*

        JENNY DURKAN
        United States Attorney
        *Of Counsel*


        LAW OFFICE, PUYALLUP INDIAN TRIBE

        *John Howard Bell*
        JOHN HOWARD BELL, WSBA #5574
        Law Office, Puyallup Indian Tribe
        3009 E. Portland Ave.
        Tacoma, WA 98404
        (253) 573-7877

UPDATED JOINT STATUS REPORT and STIPULATED
MOTION FOR ENTRY \OF SCHEDULING ORDER - Page 3
(Case No. 12-CV-05122-bhs)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448

LESOURD & PATTEN, LLP

*Richard L. Johnson*

RICHARD L. JOHNSON
SANDRA VELIZ
600 Univ. Street, S. 2401
Seattle, WA 98101
(206) 624-1040
(206) 223-1099 (f)
*Attorneys for the Puyallup Indian Tribe*

ORDER

Upon consideration of the Updated Joint Status Report filed by the parties on September 19, 2013, the Court finds the procedure they have proposed to be appropriate and hereby APPROVES the schedule for presentation of the case set forth in paragraphs 3 and 4, above.

SO ORDERED this 20 day of September, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 19th day of September, 2013, I filed a copy of the foregoing with the Court through the ECF system, which will send copies of the filing to:

UPDATED JOINT STATUS REPORT and STIPULATED
MOTION FOR ENTRY \OF SCHEDULING ORDER - Page 4
(Case No. 12-CV-05122-bhs)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448

1  W. CARL HANKLA W.Carl.Hankla@usdoj.gov
2  Trial Attorney, Tax Division
3  U.S. Department of Justice
4
5  RICHARD L. JOHNSON rjohnson@lesourd.com
   SANDRA VELIZ sveliz@lesourd.com
6  LeSourd & Patten, LLP
7
8
9              *John Howard Bell*
               John Howard Bell, WSA #5574
10             Attorney for Defendant Puyallup Tribe
               of Indians
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UPDATED JOINT STATUS REPORT and STIPULATED
MOTION FOR ENTRY \OF SCHEDULING ORDER - Page 5
(Case No. 12-CV-05122-bhs)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448