Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PUYALLUP TRIBE OF INDIANS,<br><br>Defendant. | Case No.: 3:13-CV-05122-BHS<br><br>STIPULATED MOTION FOR AMENDED BRIEFING SCHEDULE<br><br>Note on Motion Calendar:<br>October 21, 2013 |

IT IS HEREBY STIPULATED AND AGREED by the United States of America, plaintiff, and the Puyallup Tribe of Indians, defendant:

1. On September 20, 2013, the Court entered an Order approving the parties' Stipulated Motion for Entry of Scheduling Order.

2. In relevant part, the Order provided that on October 25, 2013, the parties would file their cross-motions for summary judgment, and that on November 15, 2013, the parties would file their responses. No replies are to be filed.

STIPULATED MOTION
(Case No. 12-CV-05122-BHS)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448

1  3.   On September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Without an appropriation, Department of Justice employees, including government counsel in this case, were prohibited from working, even on a voluntary basis, except in very limited circumstances.

4.   On the evening of October 16, 2013, appropriations were restored, and Department of Justice employees returned to work on October 17, 2013.

5.   During the furlough, government counsel was unable to work on this case, so the current briefing schedule should be amended.

///

///

///

STIPULATED MOTION
(Case No. 12-CV-05122-BHS)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448

Accordingly, the parties HEREBY JOINTLY MOVE the Court for an order extending the deadline for filing cross-motions for summary judgment to November 22, 2013, and extending the deadline for filing responses to December 20, 2013. In other respects the September 20, 2013 Order should remain in full force and effect.

DATED this 18th day of October, 2013.

    KATHRYN KENEALLY
    Assistant Attorney General

    /s/ W. Carl Hankla
    W. CARL. HANKLA
    Trial Attorney
    Tax Division, U.S. Department of Justice
    *Attorneys for the United States*

    JENNY DURKAN
    United States Attorney
    *Of Counsel*

DATED this 18th day of October, 2013.

    LAW OFFICE, PUYALLUP INDIAN TRIBE

    /s/ John Howard Bell
    JOHN HOWARD BELL

    LESOURD & PATTEN, P.S.

    /s/ Richard L. Johnson
    /s/ Sandra Veliz
    RICHARD L. JOHNSON
    SANDRA VELIZ

    *Attorneys for the Puyallup Tribe*

**IT IS SO ORDERED** this 21 day of October, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION
(Case No. 12-CV-05122-BHS)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448